# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BERNARD YOUNG,<br><br>         Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>         Respondents. | Case No. 2:18-cv-00110-RFB-VCF<br><br>**ORDER** |

Petitioner's second Unopposed Motion for Extension of Time (ECF No. 28) is GRANTED. Petitioner will have until October 25, 2019, to file a second amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED this 23rd day of August, 2019.

---
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE