UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BERNARD YOUNG,<br><br>　　　　　Petitioner,<br>　v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　　Respondents. | Case No. 2:18-cv-00110-RFB-VCF<br><br>**ORDER** |

Petitioner's Unopposed Motion to Extend Time (ECF No. 36) is GRANTED. Petitioner has until March 6, 2020, to oppose Respondents' Motion to Dismiss (ECF No. 35) his Second Amended Petition for Writ of Habeas Corpus (ECF No. 33).

IT IS SO ORDERED.

DATED this 2nd day of January, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1