AARON D. FORD
  Attorney General
GEORDAN GOEBEL (Bar. No. 13132)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
(775) 684-1200 (phone)
(775) 684-1108 (fax)
ggoebel@ag.nv.gov
*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BERNARD YOUNG,<br><br>Petitioner,<br><br>vs.<br><br>RENEE BAKER, *et al.,*<br><br>Respondents | Case No. 2:18-cv-00110-RFB-VCF<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)** |

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a 45 day enlargement of time, to and including April 27, 2020, in which to file and serve a reply to petitioner's opposition to Respondents' motion to dismiss Bernard Young's petition.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

Respondents have not requested any prior enlargements of time to respond. This motion is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 10th day of March, 2020.

>AARON D. FORD
>Attorney General
>
>By: /s/ Geordan Goebel
>   GEORDAN GOEBEL (Bar. No. 13132)
>   Deputy Attorney General

1

Attorney General
GEORDAN GOEBEL (Bar. No. 13132)
Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
(775) 684-1200 (phone)
(775) 684-1108 (fax)
ggoebel@ag.nv.gov
*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BERNARD YOUNG,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>RENEE BAKER, *et al.,*<br><br>　　　　　Respondents | Case No. 2:18-cv-00110-RFB-VCF<br><br>**DECLARATION OF COUNSEL** |

I, Geordan Goebel, hereby states, based on personal knowledge, that the assertions of this declaration are true:

1. I am a Deputy Attorney General employed by the Attorney General's Office of the State of Nevada in the Post-Conviction Division (PCD), and I make this declaration on behalf of Respondents' motion for enlargement of time.

2. By this motion, I am requesting a forty five (45) day enlargement of time, to and including April 27, 2020, in which to file and serve a reply to petitioner's opposition to Respondents' motion to dismiss Bernard Young's petition. This is my first request for enlargement.

3. A reply to the opposition to Respondent's motion to dismiss Bernard Young's petition is currently due March 13, 2020.

4. The PCD is responding to this petition. I was very recently assigned this case due to the intra-office transfer of the previous handling attorney. I currently have 22 Federal Habeas matters assigned to me, and I need the additional time to handle an increased case load with other case

deadlines in addition to this case, to complete my review of the voluminous record in this case, and to prepare an appropriate reply to the opposition to the petition.

5. This motion for enlargement of time is made in good faith and not for the purpose of unduly delaying the ultimate disposition of this case.

6. On March 10, 2020, I telephoned opposing counsel Emma Smith to determine if she had any opposition to my extension of time request. Ms. Smith graciously agreed to my request for additional time.

7. Pursuant to 28 U.S.C. § 1746, I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Executed on this 10th day of March, 2020.

/s/ Geordan Goebel
GEORDAN GOEBEL
Deputy Attorney General

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th day of March, 2020.

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 10th day of March, 2020, I served a copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)**, by U.S. District Court CM/ECF electronic filing to:

Rene L. Valladares
Federal Public Defender
Emma L. Smith
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101

/s/ Lisa M. Clark