Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jonathan M. Kirshbaum
Assistant Federal Public Defender
New York State Bar No. 2857100
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jonathan_Kirshbaum@fd.org

*Attorney for Petitioner Bernard Young

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Bernard Young,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Renee Baker, *et al.*,<br><br>　　　　Respondents. | Case No. 2:18-cv-00110-RFB-VCF<br><br>**Unopposed Motion to Extend Time to File Reply to Answer**<br><br>**(First request)** |

### POINTS AND AUTHORITIES

Petitioner Bernard Young respectfully moves for an extension of 62 days to file his Reply to Respondents' Answer (ECF No. 47), up to and including Monday, April 19, 2021. Respondents, by Deputy Attorney General Geordan Goebel, do not object to this request. Respondents' lack of objection to this request should not be construed as a waiver to any procedural defense or argument.

On January 14, 2021, Respondents filed their Answer to Mr. Young's second amended petition under 28 U.S.C. § 2254. (ECF No. 47.) Based on this Court's scheduling order, Mr. Young's Reply is due on February 16, 2021. (ECF No. 22.)

Undersigned counsel respectfully submits that additional time is necessary to properly prepare the Reply. The lead attorney on this case, Emma L. Smith, is on parental leave until mid to late March 2021. This request for an extension of time is to allow her to work on the Reply when she returns from leave. It is anticipated that the Reply in this case will be one of her priorities when she returns from leave.

This motion is not filed for the purposes of delay, but in the interests of justice and the interests of Mr. Young. Counsel respectfully asks this Court to grant Mr. Young's request to extend the time for filing his Reply to Respondents' Answer by 62 days, until Monday, April 19, 2021.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 17th day of February, 2021.

2

Dated February 16, 2021.

> Respectfully submitted,
>
> Rene L. Valladares
> Federal Public Defender
>
> */s/ Jonathan M. Kirshbaum*
> Jonathan M. Kirshbaum
> Assistant Federal Public Defender
>
>
> IT IS SO ORDERED:
>
>
> _____
> United States District Judge
>
> Dated: _____