# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

BERNARD YOUNG,

    Petitioner

v.

BRIAN WILLIAMS, et al.,

    Respondents

Case No. 2:18-cv-00110-RFB-VCF

**ORDER**

Upon review of the exhibits filed in the above matter, it appears the respondents failed to comply with the redaction requirements of LR IC 6-1(a)(3). (*See* ECF Nos. 12-2 at 42–43, 62; 12-21 at 69, 77; 12-24 at 152.) Compelling reasons exist to seal these documents because they contain personal-data identifiers, and the parties cannot change their filings.

**IT IS THEREFORE ORDERED** that within 10 days of the date of entry of this order Respondents must file a redacted publicly available copy of the documents filed as ECF Nos. 12-2, 12-21, and 12-24, in compliance with LR IC 6-1(a)(3).

**IT IS FURTHER ORDERED** that the clerk of the court shall seal the documents filed as ECF Nos. 12-2, 12-21, and 12-24.

DATED THIS 14th day of April 2022.

                                                RICHARD F. BOULWARE, II
                                                UNITED STATES DISTRICT JUDGE